IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Julie Weiss, *et al.*, | ) | Case No. |
| Plaintiffs, | ) | Judge _____ |
| -vs- | ) | **MOTION FOR ADMISSION OF NON-MEMBER TO** |
| Dirk Kempthorne, Secretary U.S. Department of the Interior, *et al.*, | ) | **PRACTICE *PRO HAC VICE*** |
| Defendants. | ) | |
| | ) | |

\*              \*              \*              \*              \*

   TO: Defendants Dirk Kempthorne, Secretary, U.S. Department of the Interior; Mary A. Bomar, Director, National Park Service; Ernest Quintana, Regional Director, National Park Service, Midwestern Office; Rebecca A. Humphries, Director, State of Michigan, Department of Natural Resources; City of Benton Harbor, Michigan

   PLEASE TAKE NOTICE that upon the annexed Declaration of Plaintiffs' Counsel in support of this Motion, I hereby move the Court pursuant to LCvR 83.2(d) of the Local Rules of the United States District Court for the District of Columbia, for an Order allowing the admission of Terry Jonathan Lodge, a solo practitioner and a member in good standing of the Bar of the State of Ohio, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel.

   There are no pending disciplinary proceedings against declarant Lodge in any State or Federal court.

1

                      /s/Oliver B. Hall
                      _____
                      Oliver B. Hall, Esq.
                      D.C. Bar No. 976463
                      1835 16th Street N.W. #5
                      Washington, D.C. 20009
                      (202) 248-9294 (office)
                      (617) 953-0161 (cell)
                      oliverbhall@gmail.com

                      Sponsoring Counsel

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Julie Weiss, et al.,                )   Case No. 1:08-cv-01400
                                    )
       Plaintiffs,                  )   Judge Sullivan
                                    )
       -vs-                         )   **DECLARATION OF PLAINTIFFS'**
                                    )   **COUNSEL'S ADMISSION TO**
Dirk Kempthorne, Secretary          )   **PRACTICE *PRO HAC VICE***
U.S. Department of the Interior,    )
et al.,                             )
                                    )
       Defendants.                  )
                                    )

  *         *         *         *         *

   Now comes Terry Jonathan Lodge, putative counsel for Plaintiffs Julie Weiss, Nicole Moon, Emma Kinnard, James H. Duncan, Lea'Anna Locey, Scott Elliott and Ronnie Whitelow, Plaintiffs herein, who, under penalties of perjury, declares as follows:

   (1) His full name is Terry Jonathan Lodge.

   (2) His office address and telephone number are

       316 N. Michigan St., Suite 520
       Toledo, Ohio 43604
       (419) 255-7552

   (3) The bars to which declarant has been admitted:

       Supreme Court of Ohio (Sup. Ct. #0029271)
       U.S. Supreme Court
       U.S. District Court, Northern District of Ohio
       U.S. District Court, Western District of Michigan
       U.S. District Court, Southern District of Ohio
       U.S. Circuit Court for the Sixth Circuit
       U.S. Circuit Court for the Federal Circuit

   (4) Declarant certifes that he has not been disciplined by any bar.

(5) Declarant has never appeared *pro hac vice* in this Court.

(6) Declarant does not engage in the practice of law from an office located in the District of Columbia nor is he a member of the District of Columbia Bar nor does he have an application for membership pending.

*[signature]*
Terry J. Lodge (Ohio S.C. #0029271)
316 N. Michigan St., Ste. 520
Toledo, Ohio 43604-5627
Phone: (419) 255-7552
Fax: (419) 255-8582
Email: lodgelaw@yahoo.com

-2-